**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

| | | |
|---|---|---|
| **SHADI HASSAN, et al.** | * | |
| **Plaintiffs/Counter-Defendants** | * | |
| **v.** | * | **CASE NO. 8:11-cv-03094-RWT** |
| **PASADENA RECEIVABLES INC., et al.** | * | |
| **Defendants/Counter-Plaintiffs** | * | |

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

## DEFENDANTS/COUNTER-PLAINTIFFS' STATUS REPORT

Defendant Pasadena Receivables, Inc. and Defendant/Counter-Plaintiff Peroutka & Peroutka, P.A., by and through undersigned counsel, submit this Status Report pursuant to the Court's Scheduling Order.

a.     *Whether discovery has been completed.*  Discovery is not complete.  Today, the Court ruled on Defendants' Motion to Compel and for Sanctions, which was precipitated by, *inter alia*, Plaintiffs' refusal to provide responses to document requests.  Although Plaintiffs provided some very limited documents last week after the completion of the deposition of Plaintiff Sung, which were requested at the deposition, they have not filed a response to the document requests, nor have they provided responsive documents.  This afternoon Magistrate Judge Schulze, in ruling on Defendants' motion, granted the motion and ruled that Plaintiffs are precluded from using any documents not provided to Defendants before the first deposition on May 24.

Magistrate Judge Schulze also extended the discovery period to June 29, 2012 for the purpose of taking the depositions of Plaintiff Sung's accountant, Plaintiffs' law firm (a corporate designee), and the corporate designee of Peroutka & Peroutka, P.A.

b.      *Whether any motions are pending.*  There are no currently pending motions.

c.      *Whether any party intends to file a dispositive pretrial motion.*  Defendants intend to file a motion for summary judgment with respect to all claims made by the Complaint, which is due July 30, per Magistrate Judge Schulze's Order of this date.

d.      *Whether the case is to be tried jury or non-jury and the anticipated length of trial.* Plaintiffs have prayed for a jury trial, which should not exceed two days in length should the matter survive summary judgment.  Neither party requested a jury trial on the counterclaim and, being tried along with the Plaintiffs' claims, it will not affect the length of the trial.

e.      *Settlement Negotiations.*  Defendants proposed settlement discussions before discovery began.  Plaintiffs were unwilling to participate in such discussions until the completion of discovery.  No further discussions have occurred.

f.      *ADR.*  Defendants believe that referral of the matter to a Magistrate Judge for mediation after resolution of Defendants' motion for summary judgment could prove fruitful.

g.      *Consent to proceedings before a Magistrate Judge.*  Defendants do not consent to referral of the case to a Magistrate Judge pursuant to 28 U.S.C. § 636(c).

h.      *Other matters.*  Defendants are unaware of any further matters to report at this time.

Respectfully submitted,

_____/s/_____

Francis R. Laws (Bar No. 02596)
flaws@tandllaw.com
Julia A. Carolan (Bar No. 28461)
jcarolan@tandllaw.com
THOMAS & LIBOWITZ, P.A.
100 Light Street, Suite 1100
Baltimore, Maryland 21202-1053
Phone:  (410) 752-2468
Fax:     (410) 752-0979

*Attorneys for Defendant*
*Pasadena Receivables Inc. and*
*Defendant/Counter-Plaintiff*
*Peroutka & Peroutka, P.A.*

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically this 29th day of May 2012.  Notice of the

filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may

access this filing through the Court's system.

_____/s/_____

Francis R. Laws