**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | | |
|---|---|---|
| SHADI HASSAN, et al. | * | |
| | * | |
| Plaintiffs | * | CASE NO. 8:11-cv-03094-RWT |
| | * | |
| v. | * | |
| PEROUTKA & PEROUTKA, P.A., et al. | * | |
| | * | |
| Defendants | * | |

**PLAINTIFFS' STATUS REPORT**

Plaintiffs Shadi Hassan and Austin Sung, by and through undersigned counsel, submit this Status Report pursuant to the Court's Scheduling Order.

    *a.*    *Whether discovery has been completed*.  Discovery is not complete.  Plaintiffs' have scheduled the deposition of Defendants' 30(b)(6) representative, which will be held on June 7, 2012

    *b.*    *Whether any motions are pending*.  There are currently no pending motions.

    *c.*    *Whether any party intends to file a dispositive pretrial motion*.  Plaintiffs intend to file a motion for summary judgment with respect to all claims made by the Complaint, which is due July 30, per the revised Scheduling Order.

    *d.*    *Whether the case is to be tried jury or non-jury and the anticipated length of trial*.  Plaintiffs have prayed for a jury trial, which they estimate will take two days. Neither party requested a jury trial on the counterclaim but should not affect the length of the trial.

    *e.*    *Settlement Negotiations*.  The Parties engaged in preliminary settlement talks prior to Defendant's current counsel was retained. No such discussions occurred after this time.

    *f.*    *Alternative Dispute Resolution*.  Plaintiffs do not consent to mediation at this time but reserve the right to amend at a later date.

   g. *Consent to proceedings before a Magistrate Judge.*  Plaintiffs do not consent to referral of the case to a Magistrate Judge pursuant to 28 U.S.C. § 636(c).

   h. *Other matters.*  Plaintiffs are unaware of any further matters to report at this time.

Respectfully submitted this 29th day of May, 2012

**/s/ Robinson S. Rowe**
Robinson S. Rowe, Bar No. 27752
ROWE BARNETT, PLLC
5906 Hubbard Dr.
Rockville, MD 20852
TEL: 301-770-4710 / FAX: 301-770-4711
interoffice@rowepllc.com

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 29th day of May, 2012, I served a copy of the foregoing Status Report on Defendants' Counsel via the Court's electronic filing system at:

Francis R. Laws (Bar No. 02596)
THOMAS & LIBOWITZ, P.A.
100 Light Street, Suite 1100
Baltimore, Maryland 21202-1053
flaws@tandllaw.com

**/s/ Robinson S. Rowe**