**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| SHADI HASSAN, et al. | * |
| | * |
| Plaintiff, | * |
| | *   Case No. 8:11-cv-03094-RWT |
| v. | * |
| | * |
| PASADEN RECEIVABLES, INC., et al. | * |
| | * |
| Defendant | * |

**MOTION FOR A PROTECTIVE ORDER**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Plaintiffs hereby move the Court for the entry of an Order precluding Defendants from deposing Plaintiffs' counsel regarding Plaintiffs' allegations and claims in this action. Plaintiffs also request, pursuant to Rules 26(c)(3) and 37(a)(5)(A), that the Court order Defendants to pay reasonable expenses incurred by Plaintiffs in making this Motion, including attorneys' fees. In support of this Motion, Plaintiffs respectfully refer the Court to the attached Memorandum in Support.

Respectfully submitted this 12th day of June, 2012

/s/ Robinson S. Rowe
Robinson S. Rowe, Bar No. 27752
ROWE BARNETT, PLLC
5906 Hubbard Dr.
Rockville, MD 20852
TEL: 301-770-4710 / FAX: 301-770-4711
interoffice@rowepllc.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of June, 2012, I served a copy of the foregoing Motion for Protective Order and Memorandum in Support upon the following entities:

Francis R. Laws
Thomas & Libowitz, P.A.
100 Light Street
Baltimore, MD 21202

/s/ Robinson S. Rowe