**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)**

| | | |
|---|---|---|
| **SHADI HASSAN, et al.** | * | |
| **Plaintiffs/Counter-Defendants** | * | |
| v. | * | CASE NO. 8:11-cv-03094-RWT |
| **PASADENA RECEIVABLES, INC., et al.** | * | |
| **Defendants/Counter-Plaintiffs** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### DEFENDANTS/COUNTER-PLAINTIFFS' SUPPLEMENTAL STATUS REPORT

Defendant Pasadena Receivables, Inc. and Defendant/Counter-Plaintiff Peroutka & Peroutka, P.A., by and through undersigned counsel, submit this Supplemental Status Report. The only item previously reported that requires supplementation is Item c. Since the filing of the original Status Report, the parties agreed upon a briefing schedule for the filing of dispositive motions as follows:

c.   *Whether any party intends to file a dispositive pretrial motion.* Defendants intend to file a motion for summary judgment with respect to all claims made by the Complaint, which is due July 30, per Magistrate Judge Schulze's Order of this date. Because Plaintiffs' counsel intends to file a motion for summary judgment as to Plaintiff Sung as well, the parties have agreed on the following proposed briefing schedule, pursuant to Local Rule 105.2(c):

| | |
|---|---|
| July 30, 2012 | Sung to file Motion for Summary Judgment |
| August 16, 2012 | Peroutka & Peroutka, P.A. to file Opposition to Motion for Summary Judgment and Cross-Motion for Summary Judgment (Sung), and Pasadena Receivables, Inc. and Peroutka & Peroutka, P.A. to file Motion for Summary Judgment (Hassan) |

| | |
|---|---|
| September 4, 2012 | Sung to file Reply Memorandum and Opposition to Motion for Summary Judgment, and Hassan to file Opposition to Motion for Summary Judgment, consistent with Local Rule 105.2(a) |
| September 21, 2012 | Defendants to file Reply Memorandum (Hassan and Sung) |

Respectfully submitted,

/s/
Francis R. Laws (Bar No. 02596)
flaws@tandllaw.com
Julia A. Carolan (Bar No. 28461)
jcarolan@tandllaw.com
THOMAS & LIBOWITZ, P.A.
100 Light Street, Suite 1100
Baltimore, Maryland 21202-1053
Phone:  (410) 752-2468
Fax:      (410) 752-0979

*Attorneys for Defendant*
*Pasadena Receivables Inc. and*
*Defendant/Counter-Plaintiff*
*Peroutka & Peroutka, P.A.*

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was filed electronically this 25th day of July, 2012.  Notice of the filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/
Francis R. Laws