United States Bankruptcy Court
District of Maryland

In re:                                                                                  Case No. 11-20368-RAG
Austin Hyun Sung                                                                        Chapter 7
        Debtor
                            **CERTIFICATE OF NOTICE**

District/off: 0416-1           User: dsmith              Page 1 of 3              Date Rcvd: May 18, 2011
                               Form ID: B9A             Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2011.
db          +Austin Hyun Sung,    6355 Gray Sea Way,    Columbia, MD 21045-7405
aty         +Robinson Sean Rowe,    Rowe Barnett, PLLC,    5906 Hubbard Drive,   Suite 4-A,
              Rockville, MD 20852-4823
26776314    +6901 Property LLC,    6901 Security Blvd,    Windsor Mill, MD 21244-2412
26776315    +Allied Interstate Inc,    3000 Corporate Exchange Dr.,    5th Floor,   Columbus, OH 43231-7723
26776319    +Chase Manhattan,    Attn: Bankruptcy Research Dept,    3415 Vision Dr,   Columbus, OH 43219-6009
26776320    +Chase Manhattan Mtge,    3415 Vision Dr,    Columbus, OH 43219-6009
26776321    +Chevy Chase Bank,    7926 Jones Branch Dr Ste,    Mc Lean, VA 22102-3303
26776323    +Comptroller of Maryland,    Compliance Division,    301 W. Preston St, Room 409,
              Baltimore, MD 21201-2396
26776382    +Comptroller of the Treasury,    Compliance Division, Room 409,    301 W. Preston Street,
              Baltimore, MD 21201-2305
26776324    +Delmarva Col,    P.O. Box 37,    Salisbury, MD 21803-0037
26776325    +Eun Young You,    2213 Hidden Valley Ln,    Silver Spring, MD 20904-5241
26776326    +Fidelity Creditor Svc,    216 S Louise St,    Glendale, CA 91205-1637
26776328    +Greenmount Ave, LP,    Attn: David Ahrahmson,    600 Reisterstown Rd, #700,
              Pikesville, MD 21208-5110
26776331     M&T Bank,    PO Box 62146,    Baltimore, MD 21264-2146
26776332    +Nco Fin/09,    507 Prudential Rd,    Horsham, PA 19044-2308
26776333    +Oakleigh Properties, LLC,    c/o The Preller Glass Law Firm, LLC,    218 E. Lexington St, Ste 700,
              Baltimore, MD 21202-3518
26776383    +Office of Law,    Howard County, Maryland,    3430 Courthouse Drive,   Ellicott City, MD 21043-4300
26776384    +State of Maryland DLLR,    Division of Unemployment Insurance,    1100 N. Eutaw Street, Room 401,
              Baltimore, MD 21201-2201
26776339   ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,   IRVINE CA 92623-9657
             (address filed with court: Wfs Financial/Wachovia Dealer Services,    Po Box 19657,
              Irvine, CA 92623)
26776338    +Weisfield Jewelers,    Attn: Bankruptcy,    Po Box 3680,   Akron, OH 44309-3680

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           EDI: QRMKREMEN.COM May 18 2011 19:53:00      Richard M. Kremen,   DLA Piper LLP (US),
              The Marbury Building,    6225 Smith Avenue,    Baltimore, MD  21209-3600
26776316    +EDI: AIS.COM May 18 2011 19:53:00      Capital One, N.a.,   C/O American Infosource,
              Po Box 54529,    Oklahoma City, OK 73154-1529
26776318    +EDI: CHASE.COM May 18 2011 19:53:00      Chase,   Attn: Bankruptcy Dept,   Po Box 100018,
              Kennesaw, GA 30156-9204
26776317    +EDI: CAUT.COM May 18 2011 19:53:00      Chase,   PO Box 78067,   Phoenix, AZ 85062-8067
26776322    +EDI: CITICORP.COM May 18 2011 19:53:00      Citibank,   PO Box 6500,   Sioux Falls, SD 57117-6500
26776327     EDI: RMSC.COM May 18 2011 19:53:00      GE Mongram Bank / JC Penney Dc,   Attn: Bankruptcy,
              Po Box 103126,    Roswell, GA 30076
26776329    +E-mail/Text: BKNOTICES@EAFLLC.COM May 18 2011 20:00:58      Hilco Rec,   Attn: Bankruptcy,
              1120 Lake Cook Road Suite B,    Buffalo Grove, IL 60089-1970
26776330    +EDI: HFC.COM May 18 2011 19:53:00      Hsbc/rs,   Pob 978,   Wood Dale, IL 60191-0978
26776335    +EDI: SEARS.COM May 18 2011 19:53:00      Sears/cbsd,   8725 W. Sahara Ave,
              The Lakes, NV 89163-0001
26776336     EDI: FUNB.COM May 18 2011 19:53:00      Wachovia Bank,   P.O. Box 96074,   Charlotte, NC 28296
26776337    +EDI: FUNB.COM May 18 2011 19:53:00      Wachovia Bank NA,   Central Bankruptcy Dept. VA 7359,
              PO Box 13765,    Roanoke, VA 24037-3765
                                                                                              TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
26776334   ##+Provident Bank,   PO Box 2394,   Baltimore, MD 21203-2394
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0416-1          User: dsmith              Page 2 of 3              Date Rcvd: May 18, 2011
                              Form ID: B9A              Total Noticed: 31

          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 20, 2011**              **Signature:**            *Joseph Speetjens*

```
District/off: 0416-1          User: dsmith              Page 3 of 3                  Date Rcvd: May 18, 2011
                              Form ID: B9A              Total Noticed: 31
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2011 at the address(es) listed below:

          Richard M. Kremen    trustee.kremen@dlapiper.com, rkremen@ecf.epiqsystems.com
          Robinson Sean Rowe    on behalf of Debtor Austin Sung    interoffice@rowepllc.com,
           roweecfmail@gmail.com

                                                                                                   TOTAL: 2

**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/10)     Case Number **11−20368**

# UNITED STATES BANKRUPTCY COURT
## District of Maryland

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 5/17/11.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

### *** See Reverse Side For Important Explanations and Possible Dismissal ***

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Austin Hyun Sung
aka Hyun Chang Sung
6355 Gray Sea Way
Columbia, MD 21045

| Case Number:<br>11−20368   RAG | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−7501 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Robinson Sean Rowe<br>Rowe Barnett, PLLC<br>5906 Hubbard Drive<br>Suite 4−A<br>Rockville, MD 20852<br>Telephone number:  301−770−4710 | Bankruptcy Trustee (name and address):<br>Richard M. Kremen<br>DLA Piper LLP (US)<br>The Marbury Building<br>6225 Smith Avenue<br>Baltimore, MD 21209−3600<br>Telephone number:  (410) 580−4494 |

### Meeting of Creditors
Date:  **June 14, 2011**        Time:  **02:00 PM**
Location:  **101 W. Lombard Street, Garmatz Courthouse, 2nd Fl., #2650, Baltimore, MD 21201**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 8/15/11**
**Deadline to Object to Exemptions:** Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>Baltimore Division<br>101 West Lombard Street, Ste. 8530<br>Baltimore, MD 21201<br>Telephone number:  (410) 962−2688 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Mark D. Sammons |
|---|---|
| Hours Open:  Monday – Friday 8:00 AM – 4:00 PM | Date:  5/18/11 |

**EXPLANATIONS**  B9A (Official Form 9A) (12/10)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Possible Dismissal** | Debtor's failure to comply with the filing requirements of the Bankruptcy Code § 521(a)(1) within 45 days of the filing of the petition will result in the automatic dismissal of this case pursuant to § 521(i)(1). |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices