United States Bankruptcy Court
District of Maryland

In re:                                                                                        Case No. 11-20368-RAG
Austin Hyun Sung                                                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1           User: admin            Page 1 of 3            Date Rcvd: Aug 17, 2011
                               Form ID: B18           Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2011.
```
db          +Austin Hyun Sung,    6355 Gray Sea Way,    Columbia, MD 21045-7405
26776315    +Allied Interstate Inc,    3000 Corporate Exchange Dr.,    5th Floor,    Columbus, OH 43231-7723
26776319    +Chase Manhattan,    Attn: Bankruptcy Research Dept,    3415 Vision Dr,    Columbus, OH 43219-6009
26776320    +Chase Manhattan Mtge,    3415 Vision Dr,    Columbus, OH 43219-6009
26776323    +Comptroller of Maryland,    Compliance Division,    301 W. Preston St, Room 409,
              Baltimore, MD 21201-2396
26776382    +Comptroller of the Treasury,    Compliance Division, Room 409,    301 W. Preston Street,
              Baltimore, MD 21201-2305
26776324    +Delmarva Col,    P.O. Box 37,    Salisbury, MD 21803-0037
26776325    +Eun Young You,    2213 Hidden Valley Ln,    Silver Spring, MD 20904-5241
26776326    +Fidelity Creditor Svc,    216 S Louise St,    Glendale, CA 91205-1637
26776328    +Greenmount Ave, LP,    Attn: David Ahrahmson,    600 Reisterstown Rd, #700,
              Pikesville, MD 21208-5110
26842135     J.P. MORGAN CHASE BANK, N.A.,    c/o Shermeta, Adams & Von Allmen, P.C.,    P.O. Box 80908,
              Rochester Hills, MI  48308-0908
26776332    +Nco Fin/09,    507 Prudential Rd,    Horsham, PA 19044-2308
26776333    +Oakleigh Properties, LLC,    c/o The Preller Glass Law Firm, LLC,    218 E. Lexington St, Ste 700,
              Baltimore, MD 21202-3518
26776383    +Office of Law,    Howard County, Maryland,    3430 Courthouse Drive,    Ellicott City, MD 21043-4300
26776384    +State of Maryland DLLR,    Division of Unemployment Insurance,    1100 N. Eutaw Street, Room 401,
              Baltimore, MD 21201-2201
26776339   ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
             (address filed with court:  Wfs Financial/Wachovia Dealer Services,    Po Box 19657,
              Irvine, CA 92623)
26776338    +Weisfield Jewelers,    Attn: Bankruptcy,    Po Box 3680,    Akron, OH 44309-3680
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           EDI: QRMKREMEN.COM Aug 17 2011 20:03:00      Richard M. Kremen,    DLA Piper LLP (US),
              The Marbury Building,    6225 Smith Avenue,    Baltimore, MD  21209-3600
26776316    +EDI: AIS.COM Aug 17 2011 20:03:00      Capital One, N.a.,    C/O American Infosource,
              Po Box 54529,    Oklahoma City, OK 73154-1529
26776318    +EDI: CHASE.COM Aug 17 2011 20:03:00      Chase,    Attn: Bankruptcy Dept,    Po Box 100018,
              Kennesaw, GA 30156-9204
26776317    +EDI: CAUT.COM Aug 17 2011 20:03:00      Chase,    PO Box 78067,    Phoenix, AZ 85062-8067
26776322    +EDI: CITICORP.COM Aug 17 2011 20:03:00      Citibank,    PO Box 6500,    Sioux Falls, SD 57117-6500
26776327     EDI: RMSC.COM Aug 17 2011 20:03:00      GE Mongram Bank / JC Penney Dc,    Attn: Bankruptcy,
              Po Box 103126,    Roswell, GA 30076
26776329    +E-mail/Text: BKNOTICES@EAFLLC.COM Aug 17 2011 20:28:00      Hilco Rec,    Attn: Bankruptcy,
              1120 Lake Cook Road Suite B,    Buffalo Grove, IL 60089-1970
26776330    +EDI: HFC.COM Aug 17 2011 20:03:00      Hsbc/rs,    Pob 978,    Wood Dale, IL 60191-0978
26807344     E-mail/Text: camanagement@mandtbank.com Aug 17 2011 20:24:32      M&T Bank,    1100 Wehrle Drive,
              Williamsville, NY  14221
26776331     E-mail/Text: camanagement@mandtbank.com Aug 17 2011 20:24:32      M&T Bank,    PO Box 62146,
              Baltimore, MD 21264-2146
26776335    +EDI: SEARS.COM Aug 17 2011 20:03:00      Sears/cbsd,    8725 W. Sahara Ave,
              The Lakes, NV 89163-0001
26776336     EDI: FUNB.COM Aug 17 2011 20:03:00      Wachovia Bank,    P.O. Box 96074,    Charlotte, NC 28296
26776337    +EDI: FUNB.COM Aug 17 2011 20:03:00      Wachovia Bank NA,    Central Bankruptcy Dept. VA 7359,
              PO Box 13765,    Roanoke, VA 24037-3765
                                                                                               TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
26776314      6901 Property LLC,    INVALID ADDRESS PROVIDED
26776321      Chevy Chase Bank,    INVALID ADDRESS PROVIDED
26776334   ##+Provident Bank,    PO Box 2394,    Baltimore, MD 21203-2394
                                                                                              TOTALS: 2, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0416-1          User: admin              Page 2 of 3              Date Rcvd: Aug 17, 2011
                              Form ID: B18             Total Noticed: 30

                ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 19, 2011**                        **Signature:**   _Joseph Speetjens_

```
District/off: 0416-1          User: admin                Page 3 of 3                   Date Rcvd: Aug 17, 2011
                              Form ID: B18               Total Noticed: 30
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2011 at the address(es) listed below:
          Richard M. Kremen    trustee.kremen@dlapiper.com, rkremen@ecf.epiqsystems.com
          Robinson Sean Rowe    on behalf of Debtor Austin Sung   interoffice@rowepllc.com,
           roweecfmail@gmail.com

                                                                                                                         TOTAL: 2

B18 (Official Form 18) (12/07)

# United States Bankruptcy Court
## District of Maryland
Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

**Case No. 11–20368**
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Austin Hyun Sung
aka Hyun Chang Sung
6355 Gray Sea Way
Columbia, MD 21045

Social Security / Individual Taxpayer ID No.:
xxx–xx–7501

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 8/17/11

Robert A. Gordon
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts That are Not Discharged

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**