**PEROUTKA & PEROUTKA, P.A.**
ATTORNEYS AT LAW
8028 Ritchie Highway, Ste. 300
Pasadena, Maryland 21122
Stephen G. Peroutka, Esq.  Michael A. Peroutka, Esq.
1-800-899-2424   410-553-9491 (fax)

September 22, 2011

Hyun C Sung
3114 Greenmount Ave
Baltimore, Maryland 21218-3417

ORIGINAL CREDITOR: Capital One Bank (Usa), N.A.
OUR CLIENT: National Attorney Network
ACCOUNT NUMBER: XXXXXXXXXXXX5657
BALANCE DUE: $2,025.84
OUR FILE #: 11-06889-0

Dear Hyun C Sung:

Recently, the District Court notified our office that the lawsuit filed by Peroutka & Peroutka, P.A. on behalf of our client has been assigned a case number.

The case number is 24344-2011.

If you have any unresolved questions or if you would like to discuss arrangements, please call our office at 1-800-899-2424.

Very truly yours,

Peroutka & Peroutka, P.A.

SDL
This communication is from a debt collector.
The Attorneys in this firm are only licensed to practice in the State of Maryland.
This is an attempt to collect a debt and any information obtained will be used for that purpose.

Oct 31 11 02:59p                                                                                                      p.2