**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

| | | |
|---|---|---|
| **SHADI HASSAN, et al.** | * | |
| Plaintiffs/Counter-Defendants | * | |
| v. | * | CASE NO. 8:11-cv-03094-RWT |
| **PASADENA RECEIVABLES INC., et al.** | * | |
| Defendants/Counter-Plaintiffs | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF SUNG'S STIPULATION**
**OF DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff Austin Hyun Sung, by and through counsel, pursuant to and in accordance with Rule 41(a)(1)(A)(ii), and stipulates to the dismissal with prejudice of all claims against the Defendants in the above-captioned action. Defendants concur with and stipulate to this dismissal.

| | |
|---|---|
| /s/ Robinson S. Rowe | /s/ Francis R. Laws |
| Bar No. 27752 | Bar No. 02596 |
| Rowe Barnett PLLC | Thomas & Libowitz, P.A. |
| 5906 Hubbard Drive | 100 Light Street, Suite 1100 |
| Rockville, MD 20852 | Baltimore, MD 21202 |
| (301)770-4710 | (410)752-2468 |
| interoffice@rowepllc.com | flaws@tandllaw.com |