# CONSUMER LIABILITY REPORT
PROVIDED BY CIN LEGAL DATA SERVICES ◯ A CREDIT INFONET SOLUTION

4540 Honeywell Ct. | 866.218.1003 (p)
Dayton, Ohio 45424 | 866.307.1003 (f)


CIN LEGAL DATA SERVICES
A CREDIT INFONET SOLUTION

## Client & Report Information

| | |
|---|---|
| Primary Client Name & SSN: | Shadi G Hassan  XXX-XX-2722 |
| Secondary Client Name & SSN: | |
| Primary Address: | 12949 Pickering Dr, Germantown, MD 20874 |
| Report Details: | Report 2150474 Completed on 4/21/2011 for A16256 - CLR 3 Source |

## Summary of Accounts With Balances

| Account Types | Number of Accounts | Total Monthly Payments | Total of Balances Remaining | Number of Past Due Accounts | Percentage of Accounts Past Due | & Total of Amounts Past Due |
|---|---|---|---|---|---|---|
| Collection | 5 | $0.00 | $4,329.00 | 5 | 100.00% | $4,329.00 |
| Installment | 1 | $0.00 | $329.00 | 1 | 100.00% | $329.00 |
| Revolving | 6 | $113.00 | $3,643.00 | 6 | 100.00% | $3,643.00 |
| Unknown | 0 | $0.00 | $0.00 | 0 | 0.00% | $0.00 |
| **Totals** | **12** | **$113.00** | **$8,301.00** | **12** | **100.00%** | **$8,301.00** |

## Graphical Overview of Key Account Data

**Monthly Payment by Type**   **Outstanding Balance by Type**   **Past Due Balances by Type**




## myHorizon™ Credit Score Analysis for Primary Client

| POWERED BY creditxpert | EXISTING CREDIT SCORE | ESTIMATED 12 MONTH POST - BANKRUPTCY CREDIT SCORE* | NET EFFECT |
|---|---|---|---|
| | **530** | **632** | **+102** |

CreditXpert® products are based on information derived from credit reports produced by the major credit reporting agencies.  CreditXpert Inc. is not responsible for inaccurate results, including any due to incorrect, missing, outdated credit report information or incorrect assumptions about the future. Scores and score changes predicted by CreditXpert products are only estimates and are not guaranteed. CreditXpert Inc. does not represent that CreditXpert Credit Scores(tm) are identical or similar to credit scores produced by any other company. CreditXpert Inc. is not associated with Fair Isaac Corporation.  CreditXpert Inc. is not a credit counseling or a credit repair organization.

The foregoing is not intended to provide or imply warranties of any kind. CreditXpert products are provided on an "as is" basis, and CreditXpert inc. and its distributors disclaim any and all warranties, either express or implied, including but not limited to any warranty of merchantability, fitness for a particular purpose, non-infringement, system integration, non-interference and/or accuracy of informational content.

## Notes & Alerts

| File Alert - No Discrepencies | No Alerts or Notes exist for this file. |
|---|---|

© 2011 CIN Legal Data Services, a division of Credit Infonet Inc. All Rights Reserved

# CONSUMER LIABILITY REPORT
### PROVIDED BY CIN LEGAL DATA SERVICES ⊙ A CREDIT INFONET SOLUTION

4540 Honeywell Ct.  866.218.1003 (p)
Dayton, Ohio 45424  866.307.1003 (f)


CIN LEGAL DATA SERVICES
A CREDIT INFONET SOLUTION

| Client & Report Information | |
|---|---|
| Primary Client Name & SSN: | Shadi G Hassan  XXX-XX-2722 |
| Secondary Client Name & SSN: | |
| Primary Address: | 12949 Pickering Dr, Germantown, MD 20874 |
| Report Details: | Report 2150474 Completed on 4/21/2011 for A16256 - CLR 3 Source |

## Mortgage Liabilities with Balances — 0 Total Mortgage Account(s) with a balance

| Account Name, Owner/Type, Account Number & Status | Current Balance | High Credit | Date Opened & Last Reported | Payment Info, Account Type, Last Activity & Past Due $ | Corporate Bankruptcy Department - Where Available (2) | Reported Contact Information |
|---|---|---|---|---|---|---|
| End of Mortgages With Balances | | | | | | |

## Non-Mortgage Liabilities with Balances — 12 Account(s) with balances

| Account Name, Owner/Type, Account Number & Status | Current Balance | High Credit | Date Opened & Last Reported | Payment Info, Account Type, Last Activity & Past Due $ | Corporate Bankruptcy Department - Where Available (2) | Reported Contact Information |
|---|---|---|---|---|---|---|
| State Of Md/ccu<br>Individual / Applicant<br>XXXXXX3798<br>Account is: Open, Collection<br>Orginal Creditor: (DLLR-UEI CLAIMANTS) | $1,794 | $1,794 | 2/2010<br>7/28/2010 | $0<br>Open<br><br>$1,794 | | 300 W Preston St Ste 503<br>Baltimore, MD 21201<br>410-767-1200 |
| Applied Bank<br>Individual / Applicant<br>XXXXXX3755<br>Account is: Closed, Account Closed By Grantor | $1,215 | $1,215 | 4/2006<br>2/8/2011 | $37<br>Revolving<br>8/12/2007<br>$1,215 | Applied Card Bank<br>Attention: General Inquiries, PO Box 17125<br>Wilmington, DE 19850<br>866-297-1641<br>Verified: 7-2010 | 601 Delaware Ave<br>Wilmington, DE 19801<br>484-840-1700 |
| Midland Cred<br>Individual / Applicant<br>XXXXXX2505<br>Account is: Open, Collection<br>Orginal Creditor: (ASPIRE VISA) | $828 | $779 | 1/1<br>3/17/2011 | $0<br>Open<br><br>$828 | Midland Credit Management<br>PO Box 939019<br>San Diego, CA 92193<br><br>Verified: 2-2010 | 8875 Aero Dr<br>San Diego, CA 92123<br>888-403-6206 |
| Portfolio Recvry&affil<br>Individual / Applicant<br>XXXXXX9249<br>Account is: Open, Collection<br>Orginal Creditor: (HSBC CARD SERVICES  III  INC.) | $748 | $651 | 9/2008<br>3/25/2011 | $0<br>Open<br><br>$748 | Portfolio Rc<br>Attn: Bankruptcy, PO Box 41067<br>Norfolk, VA 23541<br>877-829-8298<br>Verified: 3-2010 | 120 Corporate Blvd Ste 1<br>Norfolk, VA 23502<br>800-772-1413 |
| Credit One Bank<br>Individual / Applicant<br>XXXXXX4444<br>Account is: Closed, Account Closed By Grantor | $616 | $616 | 3/2005<br>8/10/2007 | $19<br>Revolving<br>12/5/2006<br>$616 | | Po Box 98872<br>Las Vegas, NV 89193<br>877-825-3242 |
| Ccs/first Savings Bank<br>Individual / Applicant<br>XXXXXX7736<br>Account is: Closed, Account Closed By Grantor | $615 | $615 | 7/2005<br>4/8/2011 | $19<br>Revolving<br>8/12/2007<br>$615 | | 500 E 60th St N<br>Sioux Falls, SD 57104<br>888-469-0291 |
| Arrow Financial Servic<br>Individual / Applicant<br>XXXXXX4911<br>Account is: Open, Collection<br>Orginal Creditor: (A.F.S. ASSIGNEE OF CORTRUST BA) | $532 | $445 | 4/2007<br>1/1/2009 | $0<br>Open<br><br>$532 | Arrow Financial Services<br>5996 W Touhy Ave<br>Niles, IL 60714<br>800-279-0224<br>Verified: 7-2010 | 5996 W Touhy Ave<br>Niles, IL 60714<br>800-279-0224 |

© 2011 CIN Legal Data Services, a division of Credit Infonet Inc. All Rights Reserved

# CONSUMER LIABILITY REPORT
### PROVIDED BY CIN LEGAL DATA SERVICES ⟳ A CREDIT INFONET SOLUTION

4540 Honeywell Ct.  |  866.218.1003 (p)
Dayton, Ohio 45424  |  866.307.1003 (f)



| Client & Report Information | |
|---|---|
| Primary Client Name & SSN: | Shadi G Hassan  XXX-XX-2722 |
| Secondary Client Name & SSN: | |
| Primary Address: | 12949 Pickering Dr, Germantown, MD 20874 |
| Report Details: | Report 2150474 Completed on 4/21/2011 for A16256 - CLR 3 Source |

**Non-Mortgage Liabilities with Balances** — **12 Account(s) with balances**

| Account Name, Owner/Type, Account Number & Status | Current Balance | High Credit | Date Opened & Last Reported | Payment Info, Account Type, Last Activity & Past Due $ | Corporate Bankruptcy Department - Where Available (2) | Reported Contact Information |
|---|---|---|---|---|---|---|
| First Premier Bank<br>Individual / Applicant<br>XXXXXX7433<br>Account is: Closed, Account Closed By Grantor | $480 | $480 | 7/2006<br>12/20/2010 | $15<br>Revolving<br>5/17/2007<br>$480 | | 3820 N Louise Ave<br>Sioux Falls, SD 57107<br>605-357-3440 |
| Jefferson Capital Syst<br>Individual / Applicant<br>XXXXXX8003<br>Account is: Open, Collection<br>Orginal Creditor: (REWARD660 VISA META BANK) | $427 | $427 | 10/2008<br>4/15/2011 | $0<br>Open<br><br>$427 | | 16 Mcleland Rd<br>Saint Cloud, MN 56303<br>866-417-2561 |
| Ccs/first National Ban<br>Individual / Applicant<br>XXXXXX5644<br>Account is: Closed, Account Closed By Grantor | $425 | $425 | 4/2005<br>4/8/2011 | $13<br>Revolving<br>10/22/2006<br>$425 | Fncc<br>Attn: Bankruptcy, PO Box 5097<br>Sioux Falls, SD 57117<br>888-883-9824<br>Verified: 3-2010 | 500 E 60th St N<br>Sioux Falls, SD 57104<br>888-883-9824 |
| Verizon Wireless<br>Individual / Applicant<br>XXXXXX0001<br>Account is: Closed, Account Closed By Grantor | $329 | $329 | 7/2006<br>1/16/2011 | $0<br>Open<br>11/5/2010<br>$329 | Verizon<br>PO Box 3397<br>Bloomington, IL 61702<br>812-475-4000<br>Verified: 7-2009 | P.o. Box 26055<br>Minneapolis, MN 55426<br>800-852-1922 |
| First Premier Bank<br>Individual / Applicant<br>XXXXXX7474<br>Account is: Closed, Account Closed By Grantor | $292 | $492 | 7/2004<br>12/20/2010 | $10<br>Revolving<br>5/17/2007<br>$292 | | 3820 N Louise Ave<br>Sioux Falls, SD 57107<br>605-357-3440 |
| End of Non-Mortgage Accounts With Balances | | | | | | |

**Liabilities without Balances** — **7 Account(s) without a balance**

| Account Name, Owner/Type, Account Number & Status | Current Balance | High Credit | Date Opened & Last Reported | Payment Info, Account Type & Last Activity | Corporate Bankruptcy Department - Where Available (2) | Reported Contact Information |
|---|---|---|---|---|---|---|
| Cap One Na<br>Individual / Applicant<br>XXXXXX6055<br>Account is: Closed, ELECTION OF REMEDY | $0 | $748 | 7/2005<br>4/3/2011 | $0<br>Revolving<br>11/5/2005 | | Po Box 26625<br>Richmond, VA 23261<br>800-955-7070 |
| Hsbc Bank<br>Individual / Applicant<br>XXXXXX9249<br>Account is: Closed, ACCOUNT TRANSFERRED | $0 | $651 | 6/2003<br>10/31/2008 | $0<br>Revolving<br>7/23/2007 | Hsbc Bank<br>ATTN: BANKRUPTCY, PO BOX 5213<br>Carol Stream, IL 60197<br>800-388-5333<br>Verified: 7-2010 | Po Box 5253<br>Carol Stream, IL 60197<br>800-477-6000 |

© 2011 CIN Legal Data Services, a division of Credit Infonet Inc. All Rights Reserved

# CONSUMER LIABILITY REPORT
### PROVIDED BY CIN LEGAL DATA SERVICES ◯ A CREDIT INFONET SOLUTION

4540 Honeywell Ct.  |  866.218.1003 (p)
Dayton, Ohio 45424  |  866.307.1003 (f)



CIN LEGAL DATA SERVICES
A CREDIT INFONET SOLUTION

| Client & Report Information | |
|---|---|
| Primary Client Name & SSN: | Shadi G Hassan  XXX-XX-2722 |
| Secondary Client Name & SSN: | |
| Primary Address: | 12949 Pickering Dr, Germantown, MD 20874 |
| Report Details: | Report 2150474 Completed on 4/21/2011 for A16256 - CLR 3 Source |

## Liabilities without Balances — 7 Account(s) without a balance

| Account Name, Owner/Type, Account Number & Status | Current Balance | High Credit | Date Opened & Last Reported | Payment Info, Account Type & Last Activity | Corporate Bankruptcy Department - Where Available (2) | Reported Contact Information |
|---|---|---|---|---|---|---|
| Hsbc Bank<br>Individual / Applicant<br>XXXXXX3950<br>Account is: Closed, ACCOUNT TRANSFERRED | $0 | $622 | 2/2006<br>1/31/2008 | $0<br>Revolving<br>7/27/2007 | Hsbc Bank<br>ATTN: BANKRUPTCY,<br>PO BOX 5213<br>Carol Stream, IL 60197<br>800-388-5333<br>Verified: 7-2010 | Po Box 5253<br>Carol Stream, IL 60197<br>800-477-6000 |
| Rwds660-dsb<br>Individual / Applicant<br>XXXXXX0543<br>Account is: Open, | $0 | $556 | 4/2005<br>4/11/2007 | $0<br>Revolving<br>1/31/2007 | | 211 N Main<br>Blunt, SD 57522<br>605-962-6231 |
| Sears/cbsd<br>Individual / Applicant<br>XXXXXX0418<br>Account is: Closed, Account Closed By Consumer | $0 | $449 | 11/1996<br>10/6/2007 | $0<br>Revolving<br>11/4/1999 | | 701 East 60th St N<br>Sioux Falls, SD 57117 |
| Ccs/cortrust Bank<br>Individual / Applicant<br>XXXXXX2186<br>Account is: Closed, ACCOUNT TRANSFERRED | $0 | $445 | 9/2006<br>7/13/2007 | $0<br>Revolving<br>10/26/2006 | | 500 E 60th St N<br>Sioux Falls, SD 57104<br>605-782-3463 |
| Midland Credit Mgmt<br>Individual / Applicant<br>XXXXXX2505<br>Account is: Open, ACCOUNT IN DISPUTE<br>Orginal Creditor: (ASPIRE VISA) | $0 | $0 | 10/2007<br>4/17/2011 | $0<br>Open | | 8875 Aero Dr<br>San Diego, CA 92123<br>888-403-6206 |

## Public Records — 1 Public Record(s)

| Court | Disposition | Date Filed | Obligation | Type | Docket | Plaintiff | Defendant |
|---|---|---|---|---|---|---|---|
| MONTGOMERY CO DISTRICT | Unsatisfied | 2009-6-25 | $844 | Judgment | 060100305012008 | MIDLAND FUNDING LLC | |

## Address Variations

| | |
|---|---|
| Reported: Different Address | 12537 CROSS RIDGE WAY, GERMANTOWN, MD 208741549,Rptd:04/2008 |
| Reported: Different Address | 12949 PICKERING DR, GERMANTOWN, MD 208743815,Rptd:10/2007 |
| Reported: Different Address | 24233 CLUB VIEW DR, GAITHERSBURG, MD 208824001,Rptd:06/2007 |
| Reported: Different Address | 12537 CROSS RIDGE WY, GERMANTOWN, MD 20874,Rptd:11/30/2005 |
| Reported: Different Address | 12949 PICKERING DR, GERMANTOWN, MD 20874,Rptd:12/05/2005 |
| Reported: Different Address | 11120 HOFFMAN DR, GERMANTOWN, MD 20876,Rptd: |

© 2011 CIN Legal Data Services, a division of Credit Infonet Inc. All Rights Reserved

# CONSUMER LIABILITY REPORT
PROVIDED BY CIN LEGAL DATA SERVICES ⚬ A CREDIT INFONET SOLUTION

4540 Honeywell Ct.  |  866.218.1003 (p)
Dayton, Ohio 45424  |  866.307.1003 (f)



CIN LEGAL DATA SERVICES
A CREDIT INFONET SOLUTION

| Client & Report Information | |
|---|---|
| Primary Client Name & SSN: | Shadi G Hassan  XXX-XX-2722 |
| Secondary Client Name & SSN: | |
| Primary Address: | 12949 Pickering Dr, Germantown, MD 20874 |
| Report Details: | Report 2150474 Completed on 4/21/2011 for A16256 - CLR 3 Source |

| Employment Variations | |
|---|---|
| Reported: Different Employment | NATIONWIDE AUTO,Rptd:02/2006 |
| Reported: Different Employment | CRISWELL INC,Rptd:03/2005 |
| Reported: Different Employment | CRISWELL AUTOMOTIVE,Rptd:11/04/2004 |
| Reported: Different Employment | WINKELLY INC,Rptd:08/01/2003 |

*** End of Data Reported by National Credit Bureaus ***

| 8 Year Supplemental National Bankruptcy Search | | | | | | 0 National Bankruptcy Search Record(s) | |
|---|---|---|---|---|---|---|---|
| Court | Disposition | Date Filed | Obligation | Type | Docket | Plaintiff | Defendant |

| Liens/Judgments Search | | | | | | 2 National Liens/Judgments Search Record(s) | |
|---|---|---|---|---|---|---|---|
| Court | Disposition | Date Filed | Obligation | Type | Docket | Defendant | Plaintiff |
| MONTGOMERY DISTRICT COURT | Unsatisfied | 2009-6-25 | $844 | Judgment | 060100305012008 | SHADI HASSAN | Midland Funding Llc |
| MARYLAND DISTRICT COURT | Filed | 2005-12-21 | $17,100 | Lawsuit | 0601-025774-2005 | CRISWELL AUTOMOTIVE , CRISWELL CHEVROLET, INC. | Shadi George Hassan |

© 2011 CIN Legal Data Services, a division of Credit Infonet Inc. All Rights Reserved

# CONSUMER LIABILITY REPORT
**PROVIDED BY CIN LEGAL DATA SERVICES · A CREDIT INFONET SOLUTION**

4540 Honeywell Ct. | 866.218.1003 (p)
Dayton, Ohio 45424 | 866.307.1003 (f)



## Client & Report Information

| | |
|---|---|
| Primary Client Name & SSN: | Shadi G Hassan  XXX-XX-2722 |
| Secondary Client Name & SSN: | |
| Primary Address: | 12949 Pickering Dr, Germantown, MD 20874 |
| Report Details: | Report 2150474 Completed on 4/21/2011 for A16256 - CLR 3 Source |

## CIN Legal Data Services' myHorizon™ Credit Score

* CIN Legal Data Services myHorizon Credit Score, powered by CreditXpert, simulates changes to the credit file to calculate the potential score impact of a Chapter 7 bankruptcy filing. It simulates filing the Chapter 7 bankruptcy immediately, followed 3 months later by discharge of all debt other than student loans and mortgages. It also simulates opening a revolving credit card with a $500 credit limit 2 months after discharge, and then maintaining a balance of $300 on that card for 10 months. The final score is calculated 15 months from now (one year after the bankruptcy discharge). myHorizon assumes that monthly payments will be made on time for mortgages and student loans, and that zero-balance credit accounts will be closed by creditors at the time of discharge. Accounts last reported 4 or more months ago are not included in the bankruptcy filing unless they are derogatory accounts.

CreditXpert® products are based on information derived from credit reports produced by the major credit reporting agencies. CreditXpert Inc. is not responsible for inaccurate results, including any due to incorrect, missing, outdated credit report information or incorrect assumptions about the future. Scores and score changes predicted by CreditXpert products are only estimates and are not guaranteed. CreditXpert Inc. does not represent that CreditXpert Credit Scores(tm) are identical or similar to credit scores produced by any other company. CreditXpert Inc. is not associated with Fair Isaac Corporation. CreditXpert Inc. is not a credit counseling or a credit repair organization.

The foregoing is not intended to provide or imply warranties of any kind. CreditXpert products are provided on an "as is" basis, and CreditXpert inc. And its distributors disclaim any and all warranties, either express or implied, including but not limited to any warranty of merchantability, fitness for a particular purpose, non-infringement, system integration, non-interference and/or accuracy of informational content.

Copyright © 2000-2011 CreditXpert Inc. All rights reserved. CreditXpert® is a registered trademark of CreditXpert Inc. The CreditXpert logo is a trademark of CreditXpert Inc.

## Report Footnotes

1 - Monthly Payment Amounts Include Minimum Monthly Payments on Accounts with Outstanding Balances That May Have Recently Been Frozen or Closed by the Original Credit Grantor.

2 - Credit Infonet's Bankruptcy Department Name & Address Notations List Information Was Obtained via Telephone From The Current Creditor by Credit Infonet Staff. Information Verified by Credit Infonet Staff Was Provided by the Creditor As of The "Date Verified" Date Listed Within Each Trade Name and Address Listing. Please note, BAPCPA Language Regarding the Noticing of Creditors May Dictate the Use of a Different Address.

3 - The 8 Year Supplemental National Bankruptcy Search and the Liens/Judgments Search products are not provided by "Consumer Reporting Agencies" as that term is defined in the FCRA.  Judgments, liens and other public records being reported by the national credit bureaus accessed in compiling this Consumer Liability Report will appear in the "Public Records" section.

© 2011 CIN Legal Data Services, a division of Credit Infonet Inc. All Rights Reserved