IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| **SHADI HASSAN, et al.** | \* |
| Plaintiffs | \* |
| v. | \*   Case No. 8:11-CV-03094-RWT |
| **PEROUTKA & PEROUTKA, P.A., et al.** | \* |
| Defendants | \* |

**AFFIDAVIT OF HIND HASSAN**

STATE OF MARYLAND         )
COUNTY OF MOUNTGOMERY   )

HIND HASSAN, being first duly sworn and upon oath, state as follows:

1.  I am Hind Hassan, mother of Plaintiff Shadi Hassan.

2.  I reside at 12537 Cross Ridge Way, Germantown, MD 20874.

3.  In late October of 2011, a representative of Defendant Peroutka & Peroutka called my house and asked to speak to my son, Plaintiff Shadi Hassan.

4.  The caller informed me that this was regarding my son's Credit One account and left a phone number for me to give to him.

5.  I informed the caller that Shadi does not live at this residence and instructed the caller to not call back.

6.  Afterwards I called Shadi on his cell phone and told him that Peroutka & Peroutka was trying to collect money from him and provided him with their phone number.

7.  I was very concerned because I thought Shadi had gotten himself into debt trouble again after filing for bankruptcy just a few months earlier.

8.  About a week later, a representative of Defendant Peroutka & Peroutka again called my house asking to speak to Shadi.

9. I told the caller that I had already told them on the previous call that Shadi did not live at this residence and that I had asked them not to call this number again.

10. I called Shadi afterwards and informed him that Peroutka & Peroutka had called my house again, despite the fact that I told them not to bother me anymore.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 24, 2012.

_____
Hind Hassan

Subscribed and sworn to before me
this 24 day of July, 2012.

_____
Notary Public
My commission expires 8/25/2015

CHRISTINA SHIN
NOTARY PUBLIC
MONTGOMERY COUNTY
MARYLAND

