**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **SHADI HASSAN,** | * | |
| Plaintiff, | * | |
| v. | * | Case No. RWT 11-cv-3094 |
| **PEROUTKA & PEROUTKA, P.A.,** *et al.*, | * | |
| Defendants. | * | |

## ORDER

Upon consideration of the Motion of Defendants Pasadena Receivables, Inc. and Peroutka & Peroutka, P.A. for Summary Judgment, ECF No. 34, the opposition and reply thereto, the arguments presented by counsel at a hearing held before the undersigned on March 18, 2013, and for the reasons stated on the record, it is this 18th day of March, 2013, by the United States District Court for the District of Maryland,

**ORDERED**, that the Motion of Defendants Pasadena Receivables, Inc. and Peroutka & Peroutka, P.A. for Summary Judgment, ECF No. 34, is **GRANTED**, and it is further

**ORDERED**, that the Clerk of this Court is directed to enter judgment for costs in favor of Defendants and to close this case.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE