IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| SHADI HASSAN, et al. | * | |
| Plaintiffs/Counter-Defendants | * | |
| v. | * | CASE NO. 8:11-cv-03094-RWT |
| PASADENA RECEIVABLES INC., et al. | * | |
| Defendants/Counter-Plaintiffs | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION OF DISMISSAL OF COUNTERCLAIM**

Defendant Peroutka & Peroutka, P.A., and Plaintiffs Austin Hyun Sung and Shadi Hassan, by and through counsel, pursuant to and in accordance with Rule 41(a)(1)(A)(ii), and stipulate to the dismissal of the counterclaim against the Plaintiffs in the above-captioned action.

| | |
|---|---|
| /s/ | /s/ |
| Robinson S. Rowe | Francis R. Laws |
| Bar No. 27752 | Bar No. 02596 |
| Rowe Barnett PLLC | Thomas & Libowitz, P.A. |
| 5906 Hubbard Drive | 100 Light Street, Suite 1100 |
| Rockville, MD 20852 | Baltimore, MD 21202 |
| (301) 770-4710 | (410) 752-2468 |
| interoffice@rowepllc.com | flaws@tandllaw.com |
| *Counsel for Plaintiffs/ Counter-Defendants* | *Counsel for Defendant/Counter-Plaintiff* |

"APPROVED" THIS 25th DAY of March, 2013

ROGER W. TITUS
UNITED STATES DISTRICT JUDGE